# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                                §
                                                      §
BHATT, SANTOSH                                        §        Case No. 10-41049
                                                      §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter _____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-41049 JBS Judge: JACK B. SCHMETTERER | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BHATT, SANTOSH | Date Filed (f) or Converted (c): 11/08/10 (c) |
| | | 341(a) Meeting Date: 12/02/10 |
| For Period Ending: | 08/08/13 | Claims Bar Date: 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 433 MEADOW DRIVE, SCHAUMBURG IL | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND LOCATION: 433 MEADOW DRIVE, SCHAUMBUR | 100.00 | 100.00 | | 0.00 | FA |
| 3. WASHINGTON MUTUAL BANK SCHAUMBURG, IL | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. TCF BANK, SCHAUMBURG, IL | 200.00 | 200.00 | | 0.00 | FA |
| 5. ASSORTED HOUSEHOLD GOODS AND FURNISHINGS LOCATION: | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. EVERYDAY WEARING APPAREL LOCATION: 433 MEADOW DRIV | 500.00 | 0.00 | | 0.00 | FA |
| 7. PISTOL LOCATION: 433 MEADOW DRIVE, SCHAUMBURG IL | 100.00 | 100.00 | | 0.00 | FA |
| 8. ROTH IRA | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. 100% STOCK OF SANTOSH GROUP, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2000 MERCEDES C-240 (130,000 MILES) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 11. 2002 MERCREDES ML320 (120,000 MILES) | 4,000.00 | 1,600.00 | | 4,646.00 | FA |
| 12. Ameritrade Account Ending in 0560 (u) | 0.00 | 360.00 | | 362.00 | FA |
| 13. Chase Bank Acct Ending in 9848 (u) | 0.00 | 462.00 | | 462.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $290,600.00     $5,822.00          $7,470.09     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Turnover of vehicles
READY FOR FR

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/13

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 17.02c

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41049 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BHATT, SANTOSH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7795 Checking Account |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 08/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,461.21 | | 7,461.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.60 | 7,456.61 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.75 | 7,451.86 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.59 | 7,447.27 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.74 | 7,442.53 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,431.47 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,421.47 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.19 | 7,415.28 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.03 | 7,404.25 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.65 | 7,393.60 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.99 | 7,382.61 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.62 | 7,371.99 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.96 | 7,361.03 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,461.21 | 100.18 | 7,361.03 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,461.21 | 0.00 | |
| | | Subtotal | 0.00 | 100.18 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 100.18 | |

Page Subtotals  7,461.21  100.18

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-41049 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BHATT, SANTOSH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5473 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 08/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/12 | | ANDREW J MAXWELL | Deposit | | 7,470.00 | | 7,470.00 |
| | 13 | ANDREW MAXWELL | Memo Amount: 462.00 | 1229-000 | | | |
| | | | Allocation | | | | |
| | 12 | ANDREW MAXWELL | Memo Amount: 362.00 | 1229-000 | | | |
| | | | Allocation | | | | |
| | * NOTE * | ANDREW MAXWELL | Memo Amount: 6,646.00 | 1129-000 | | | |
| | | | * NOTE * Properties 10, 11 | | | | |
| 07/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 7,470.03 |
| 08/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,470.09 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.88 | 7,461.21 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,461.21 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 7,470.00 | | COLUMN TOTALS | | 7,470.09 | 7,470.09 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 0.00 | 7,461.21 | |
| | | | Subtotal | | 7,470.09 | 8.88 | |
| Memo Allocation Net: | 7,470.00 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,470.09 | 8.88 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 7,470.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | | Checking Account - *******7795 | 0.00 | 100.18 | 7,361.03 |
| | | | Money Market - Interest Bearing - *******5473 | 7,470.09 | 8.88 | 0.00 |
| Total Memo Allocation Net: | 7,470.00 | | | ----------- | ----------- | ----------- |
| | | | | 7,470.09 | 109.06 | 7,361.03 |
| | | | | =========== | =========== | =========== |
| | | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | | Page Subtotals | 7,470.09 | 7,470.09 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-41049 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BHATT, SANTOSH | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5473  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9642 | | |
| For Period Ending: | 08/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********7795 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market - Interest Bearing - ********5473 | | | | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 08, 2013 |

Case Number: 10-41049  
Debtor Name: BHATT, SANTOSH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 W ADAMS STE 3200<br>CHICAGO IL 60603 | Administrative | | $15,238.09 | $0.00 | $15,238.09 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $6.19 | $6.19 | $0.00 |
| 000004A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $105,393.07 | $0.00 | $105,393.07 |
| 000002<br>070<br>7100-00 | Vativ Recovery Solutions LLC dba SMC<br>Agent Palisades Collect ASTA FUNDING<br>PO Box 40728<br>Houston, TX 77240-0728 | Unsecured | | $349.91 | $0.00 | $349.91 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $349.91 | $0.00 | $349.91 |
| 000001<br>050<br>4110-00 | Deutsche Bank National Truste Co<br>JP Morgan Chase<br>Mail Stop OH4-7133<br>3415 Vision Drive<br>Columbus, Oh 43219 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $121,337.17 | $6.19 | $121,330.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41049
Case Name: BHATT, SANTOSH
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Vativ Recovery Solutions LLC dba SMC | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE