UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BHATT, SANTOSH § Case No. 10-41049
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/26/2013 in Courtroom 682,
    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2013         By: /s/ Andrew J. Maxwell
                                            Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BHATT, SANTOSH § Case No. 10-41049
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,470.09 |
| and approved disbursements of | $ | 109.06 |
| leaving a balance on hand of[1] | $ | 7,361.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,497.01 | $ 0.00 | $ 1,497.01 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 15,172.50 | $ 0.00 | $ 5,838.78 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 65.59 | $ 0.00 | $ 25.24 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 6.19 | $ 6.19 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,361.03 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 699.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Vativ Recovery Solutions LLC dba SMC | $ 349.91 | $ 0.00 | $ 0.00 |
| 000003 | American InfoSource LP as agent for | $ 349.91 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-41049-JBS
Santosh Bhatt                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal          Page 1 of 2          Date Rcvd: Aug 23, 2013
                             Form ID: pdf006         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
```
db          +Santosh Bhatt,    433 Meadow Drive,    Schaumburg, IL 60193-3568
aty         +The law offices of Maxwell Law Group LLC,    105 West Adams Ste 3200,    Chicago, IL 60603-6209
16130462    +American Chartered Bank,    1199 E. Higgins Road,    Schaumburg, IL 60173-4711
16130464    +Chase Bank,    1270 Northland Drive,    Saint Paul, MN 55120-1156
16130465    +Deutsche Bank National Trust Co.,    JP Morgan Chase,    1761 St. Andrew PLace,
              Santa Ana, CA 92705-4934
16255274    +Deutsche Bank National Truste Co,    JP Morgan Chase,    Mail Stop  OH4-7133,    3415 Vision Drive,
              Columbus, Oh 43219-6009
16130466    +Fisher & Shapiro,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
16130467    +Hauselmann Rappin & Olswang,    39 S. LaSalle St.,    Chicago, IL 60603-1720
16130468   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   IL Dept. of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph St.,    Chicago, IL 60606)
19066375     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
16412367    +Jigisha Bhatt,    433 Meadow Drive,    Schaumburg, IL 60193-3568
16130469    +Motorwerks of Barrington,    c/o Wexler & Wexler,    500 W. Madison, Suite 450,
              Chicago, IL 60661-2767
16130470    +National Republic Bank,    1201 W. Harrison St.,    Chicago, IL 60607-3329
16130471    +Northwest Community Hospital,    800 W. Central Rd.,    Arlington Heights, IL 60005-2392
16412368    +Santosh Group, Inc.,    403 N. Roselle Road,    Hoffman Estates, IL 60172-5010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16130463    +E-mail/Text: ebn@vativrecovery.com Aug 23 2013 20:10:02     AT&T,   c/o Palisades Collection,
              210 Sylvan Ave.,    Englewood Cliffs, NJ 07632-2524
16412369    +E-mail/Text: g17768@att.com Aug 23 2013 20:09:53     AT&T,   Bankruptcy Department,    PO Box 769,
              Arlington TX 76004-0769
19023500     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2013 20:14:59
              American InfoSource LP as agent for,    Asta-Vativ,    PO Box 248838,
              Oklahoma City, OK  73124-8838
16371321     E-mail/Text: ebn@vativrecovery.com Aug 23 2013 20:10:02     Vativ Recovery Solutions LLC dba SMC,
              Agent Palisades Collect ASTA FUNDING,    PO Box 40728,    Houston, TX 77240-0728
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16412366   ##+Baugh, Dalton Carlson & Ryan, LLC,    55 W. Monroe, Suite 600,    Chicago, IL 60603-5091
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**                **Signature:**         *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Aug 23, 2013
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2013 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
           andpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy C. Culbertson    on behalf of Debtor Santosh  Bhatt tcculb@yahoo.com, tcculb@gmail.com
          Todd J  Ruchman    on behalf of Creditor   Deutsche Bank National Trust Company
           truchman@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
           cjcapo@maxwellandpotts.com
                                                                                             TOTAL: 8