UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
BHATT, SANTOSH                                §    Case No. 10-41049
                                              §
          Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/ANDREW J. MAXWELL, TRUSTEE _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bank 1270 Northland Drive Saint Paul, MN 55120 |  |  |  |  |  |
|  | Fisher & Shapiro 4201 Lake Cook Road Northbrook, IL 60062 |  |  |  |  |  |
|  | National Republic Bank 1201 W. Harrison St. Chicago, IL 60607 |  |  |  |  |  |
| 000001 | DEUTSCHE BANK NATIONAL TRUSTE CO |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL |  |  |  |  |  |
| INTERNATIONAL SURETIES, LTD. |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank 1199 E. Higgins Road Schaumburg, IL 60173 | | | | | |
| | Baugh Dalton Carlson & Ryan, LLC 55 W. Monroe, Suite 600 Chicago, IL 60603 | | | | | |
| | Hauselmann Rappin & Olswang 39 S. LaSalle St. Chicago, IL 60603 | | | | | |
| | Motorwerks of Barrington c/o Wexler & Wexler 500 W. Madison, Suite 450 Chicago, IL 60661 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Community Hospital 800 W. Central Rd. Arlington Heights, IL 60005 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002 | VATIV RECOVERY SOLUTIONS LLC DBA SM | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-41049 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BHATT, SANTOSH | Date Filed (f) or Converted (c): | 11/08/10 (c) |
| | | 341(a) Meeting Date: | 12/02/10 |
| For Period Ending: | 10/30/13 | Claims Bar Date: | 06/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 433 MEADOW DRIVE, SCHAUMBURG IL | 280,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND LOCATION: 433 MEADOW DRIVE, SCHAUMBUR | 100.00 | 100.00 | | 0.00 | FA |
| 3. WASHINGTON MUTUAL BANK SCHAUMBURG, IL | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. TCF BANK, SCHAUMBURG, IL | 200.00 | 200.00 | | 0.00 | FA |
| 5. ASSORTED HOUSEHOLD GOODS AND FURNISHINGS LOCATION: | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. EVERYDAY WEARING APPAREL LOCATION: 433 MEADOW DRIV | 500.00 | 0.00 | | 0.00 | FA |
| 7. PISTOL LOCATION: 433 MEADOW DRIVE, SCHAUMBURG IL | 100.00 | 100.00 | | 0.00 | FA |
| 8. ROTH IRA | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. 100% STOCK OF SANTOSH GROUP, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2000 MERCEDES C-240 (130,000 MILES) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 11. 2002 MERCREDES ML320 (120,000 MILES) | 4,000.00 | 1,600.00 | | 4,646.00 | FA |
| 12. Ameritrade Account Ending in 0560 (u) | 0.00 | 360.00 | | 362.00 | FA |
| 13. Chase Bank Acct Ending in 9848 (u) | 0.00 | 462.00 | | 462.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.09 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $290,600.00 | $5,822.00 | | $7,470.09 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Turnover of vehicles

READY FOR FR

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 10-41049 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BHATT, SANTOSH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7795 Checking Account |
| Taxpayer ID No: | *******9642 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,461.21 | | 7,461.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.60 | 7,456.61 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.75 | 7,451.86 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.59 | 7,447.27 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.74 | 7,442.53 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 7,431.47 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,421.47 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 6.19 | 7,415.28 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.03 | 7,404.25 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.65 | 7,393.60 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.99 | 7,382.61 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.62 | 7,371.99 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.96 | 7,361.03 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.94 | 7,350.09 |
| 09/30/13 | 010002 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,497.01 | 5,853.08 |
| 09/30/13 | 010003 | MAXWELL LAW GROUP, LLC 105 W ADAMS STE 3200 CHICAGO IL 60603 | FINAL PAYMENT (Claim #, Payment %) Fees 5,827.89 Expenses 25.19 | 3110-000 3120-000 | | 5,853.08 | 0.00 |

Page Subtotals 7,461.21 7,461.21

Ver: 17.04

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41049 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BHATT, SANTOSH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7795 Checking Account |
| Taxpayer ID No: | *******9642 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,461.21 | 7,461.21 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,461.21 | 0.00 | |
| | | | | Subtotal | 0.00 | 7,461.21 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 7,461.21 | |

Page Subtotals 0.00 0.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-41049 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BHATT, SANTOSH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5473 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/12 | | ANDREW J MAXWELL | Deposit | | 7,470.00 | | 7,470.00 |
| | 13 | ANDREW MAXWELL | Memo Amount: 462.00 | 1229-000 | | | |
| | | | Allocation | | | | |
| | 12 | ANDREW MAXWELL | Memo Amount: 362.00 | 1229-000 | | | |
| | | | Allocation | | | | |
| | * NOTE * | ANDREW MAXWELL | Memo Amount: 6,646.00 | 1129-000 | | | |
| | | | * NOTE * Properties 10, 11 | | | | |
| 07/31/12 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 7,470.03 |
| 08/30/12 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,470.09 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.88 | 7,461.21 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,461.21 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 7,470.00 | COLUMN TOTALS | | 7,470.09 | 7,470.09 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 7,461.21 | |
| | | Subtotal | | 7,470.09 | 8.88 | |
| Memo Allocation Net: | 7,470.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,470.09 | 8.88 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 7,470.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******7795 | 0.00 | 7,461.21 | 0.00 |
| | | Money Market - Interest Bearing - *******5473 | 7,470.09 | 8.88 | 0.00 |
| Total Memo Allocation Net: | 7,470.00 | | 7,470.09 | 7,470.09 | 0.00 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 7,470.09 | 7,470.09 | |

Ver: 17.04

LFORM24

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41049 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BHATT, SANTOSH | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5473  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9642 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********7795 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market - Interest Bearing - ********5473 | | | | |

Page Subtotals      0.00      0.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*